# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUNE TAYLOR,** | : | CIVIL ACTION NO. 1:16-CV-2568 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **SANTANDER BANK,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 27th day of March, 2018, upon consideration of the report (Doc. 24) of Magistrate Judge William I. Arbuckle, recommending that the court deny the motion (Doc. 14) for summary judgment filed by *pro se* plaintiff June Taylor ("Taylor"), wherein Judge Arbuckle notes that Taylor has failed to comply with Local Rule of Court 56.1 by failing to file a statement of material facts together with her single-page summary judgment motion and single-page supporting brief, (Doc. 24 at 7-8; see also Docs. 14-15), and it appearing that Taylor does not object to the report, see FED. R. CIV. P. 72(b)(2), and the court noting that failure to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level," Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)), but that, as a matter of good practice, a district court should "afford some level of review to dispositive legal issues raised by the report," Henderson, 812 F.2d at 878; see also Taylor v. Comm'r of Soc. Sec., 83 F. Supp. 3d 625, 626 (M.D. Pa. 2015) (citing Univac Dental Co. v. Dentsply Int'l, Inc., 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010)), in order to "satisfy

itself that there is no clear error on the face of the record," FED. R. CIV. P. 72(b), advisory committee notes, and, following an independent review of the record, the court being in agreement with Judge Arbuckle's recommendation, and concluding that there is no clear error on the face of the record, it is hereby ORDERED that:

1. The report (Doc. 24) of Magistrate Judge Arbuckle is ADOPTED.

2. Taylor's motion (Doc. 14) for summary judgment is DISMISSED without prejudice.

    /S/ Christopher C. Conner
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania