# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUNE TAYLOR,** | : | CIVIL ACTION NO. 1:16-CV-2568 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **SANTANDER BANK,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 28th day of March, 2018, upon consideration of the report (Doc. 25) of Magistrate Judge William I. Arbuckle, recommending that the court grant defendant's unopposed motion (Doc. 18) to dismiss the second amended complaint (Doc. 10) of *pro se* plaintiff June Taylor ("Taylor") for failure to prosecute under Federal Rule of Civil Procedure 41(b), (see Doc. 25 at 9-15), and on the merits, (see id. at 15-18), and it appearing that Taylor does not object to the report, see FED. R. CIV. P. 72(b)(2), and the court noting that failure to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level," Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)), but that, as a matter of good practice, a district court should "afford some level of review to dispositive legal issues raised by the report," Henderson, 812 F.2d at 878; see also Taylor v. Comm'r of Soc. Sec., 83 F. Supp. 3d 625, 626 (M.D. Pa. 2015) (citing Univac Dental Co. v. Dentsply Int'l, Inc., 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010)), in order to "satisfy itself that there is no clear error on the face of the record," FED. R. CIV. P. 72(b), advisory committee

notes, and, following an independent review of the record, the court being in agreement with Judge Arbuckle's recommendation, and concluding that there is no clear error on the face of the record, it is hereby ORDERED that:

1. The report (Doc. 25) of Magistrate Judge Arbuckle is ADOPTED.

2. Defendant's motion (Doc. 18) to dismiss is GRANTED.

3. Taylor's second amended complaint (Doc. 10) is DISMISSED with prejudice.

4. The Clerk of Court is directed to CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania